UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 01, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BECKY MAE SAELEE,

    Defendant.

Case No. 2:21-mj-0018-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BECKY MAE SAELEE ,

Case No.  2:21-mj-0018-CKD  Charge 21 USC § 841(a)(1), (b)(1)(A)(i), (viii) and 21 USC §856 (a) and 21 USC  § 841(a)(1), (b)(B)(vi), 21 USC § 841(a)(1), (b)(1)(A)(i), (viii) and 21 USC §856 (a) and 21 USC § 841(a)(1), (b)(B)(vi) , from custody for the following reasons:for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ ____

    _X_ Unsecured Appearance Bond $ 50,000,00 co-signed by Brigitte Anderson

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _X_ (Other):  Under PTS supervision and the terms and conditions as stated on the record.

Issued at Sacramento, California on February 01, 2021 at _2:31 pm_____.

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney